UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Daniel Karon
                        Plaintiff,

v.                                           Case No.: 1:18−cv−07360
                                                            Honorable Joan H. Lefkow

CNU Online Holdings, LLC, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2019:

      MINUTE entry before the Honorable Joan H. Lefkow: Defendant's motion for extension of time [8] is granted. Defendant shall answer or otherwise plead to the complaint by 2/11/2019. Status hearing set for 2/5/2019 is stricken and reset to 2/13/2019 at 9:30 a.m. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.